AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Anthony Lamar Snipe ) | |
| *Petitioner* ) | |
| v. ) | Civil Action No.   2:10-cv-2739-SB |
| Mrs. Mildred L. Rivera; Bureau of Prisons, ) | |
| *Respondent* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: The Report and Recommendations of Magistrate Judge Robert S. Carr are adopted and incorporated. This action is dismissed without prejudice and without requiring the Respondent to file a response. The Petitioner shall take nothing on his claim filed pursuant to Title 28 U.S.C § 2241.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable  Sol Blatt, Jr., Senior United States District Judge.

Date:   February 9, 2011                                        *CLERK OF COURT*

                                                                _____
                                                                *Signature of Clerk or Deputy Clerk*